AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MICHAEL D. McDONALD | **Judgment in a Criminal Case**<br>(For Revocation of Probation or Supervised Release) |

**FILED**

Case No.  4:03CR40021-02

USM No. 05842-025

**SEP 1 7 2012**

Melissa A. Day, AFPD

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

Defendant's Attorney

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s) ___as alleged below___ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed the offense of Unlawful Possession of Marihuana | 07/17/2012 |
| Standard # 1 | The defendant left the district without permission of probation | 07/17/2012 |
| Standard # 2 | The defendant failed to submit a written report as directed | 12/30/2010 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __4087__

Defendant's Year of Birth: __1080__

City and State of Defendant's Residence:
Metropolis, IL 62960

09/14/2012
Date of Imposition of Judgment

Signature of Judge

J. Phil Gilbert      District Judge
Name and Title of Judge

September 17, 2012
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1A

| | Judgment—Page | 2 | of | 3 |

DEFENDANT:  MICHAEL D. McDONALD
CASE NUMBER:  4:03CR40021-02

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard # 3 | The defendant failed to submit detailed job search logs as instructed | 12/30/2010 |
| Standard # 5 | The defendant failed to maintain regular employment | |
| Standard # 6 | Defendant failred to notify probation 10 days prior to change of employment | 07/01/2012 |
| Standard # 7 | The defendant possessed a controlled substance, marihuana | 07/17/2012 |
| Standard # 9 | The defendant associated with a convicted felon without permission | 09/17/2010 |
| Standard # 11 | The defendant failed to notify probation of being questioned by police | 09/17/2010 |
| Special | The defendant failed to perform community service hours as directed | 12/20/2010 |

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page ___3___ of ___3___

DEFENDANT: MICHAEL D. McDONALD
CASE NUMBER: 4:03CR40021-02

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total
term of :

18 months

☐  The court makes the following recommendations to the Bureau of Prisons:

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at  _____  ☐  a.m.  ☐  p.m.  on  _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on  _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL